Dorothy LEWIS, Appellant,

v.

Artis L. CLARK, DDS., Respondent.

No. WD 49375.

Missouri Court of Appeals, Western District.

May 16, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1995.

Party Acting Pro Se, Kansas City, KS, for appellant.

James W. Tippin, Keith A. Cutler, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Appeal from a summary judgment in a medical malpractice action.

Affirmed. Rule 84.16(b).